**FILED**

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0661

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 21-0661

_____

ROBERT N. HURD, CAROL L. HURD,

   *Claimants and Appellants*,

_____

### ORDER GRANTING EXTENSION OF TIME

_____

On Appeal from the Water Court of the State of Montana, Yellowstone Division, Yellowstone River Between Clarks Fork, Yellowstone and Bighorn Rivers, Basin (43Q), as Claim No. 30022461 and Case 43Q-6006-A-2021, The Honorable Russ McElyea Presiding

_____

IT IS HEREBY ORDERED that the Appellants Robert N. Hurd and Carol L. Hurd's Unopposed Motion for Extension of Time is GRANTED and Appellants shall have up to and including the 7th day of March, 2022, to file their opening brief.

DATED this _____ day of February, 2022.

By: _____
Honorable Justice

cc: Margaret C. Weamer
   Nicholas VandenBos

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 3 2022